IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Akogu, Beverly L | Case Number: 05 B 03838 |
|---|---|---|
| | Akogu, Edward C | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 2/7/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 26, 2008
Confirmed: June 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 29,338.70 | |
| Secured: | | 25,000.00 |
| Unsecured: | | 592.39 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 1,543.43 |
| Other Funds: | | 2.88 |
| Totals: | 29,338.70 | 29,338.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 2,200.00 | 2,200.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 25,000.00 | 25,000.00 |
| 4. | Resurgent Capital Services | Unsecured | 204.12 | 204.12 |
| 5. | ECast Settlement Corp | Unsecured | 388.27 | 388.27 |
| 6. | Capital One Card Center | Unsecured | | No Claim Filed |
| 7. | Capital One Card Center | Unsecured | | No Claim Filed |
| 8. | Capital One Card Center | Unsecured | | No Claim Filed |
| 9. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 10. | Chadwicks Of Boston | Unsecured | | No Claim Filed |
| 11. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 12. | Spiegel | Unsecured | | No Claim Filed |
| 13. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| | | | $ 27,792.39 | $ 27,792.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 68.04 |
| 5.5% | 465.13 |
| 5% | 107.25 |
| 4.8% | 205.92 |
| 5.4% | 463.32 |
| 6.5% | 232.39 |
| 6.6% | 1.38 |
| | $ 1,543.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Akogu, Beverly L<br>Akogu, Edward C<br>Printed: 12/23/08 | Case Number:  05 B 03838<br>Judge:  Wedoff, Eugene R<br>Filed:  2/7/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

